**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SIDNEY MARTS,
    Plaintiff,

vs.                                         Case No.:  3:08cv390/MCR/EMT

DR. SCOTT,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 5, 2008 (Doc. 9).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's notice of voluntary dismissal (doc. 8) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 6th day of January, 2008.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE**